IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RK

JAN 10 2012

JULIA C. DUDLEY, CLERK
BY: HMcDonald
DEPUTY CLERK

CHRISTOPHER C. MOORE,
    Plaintiff,

Civil Action No. 7:11-cv-00437

v.

**ORDER**

OFFICER SMITH, et al.,
    Defendants.

By:  Hon. Jackson L. Kiser
      Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the action is **DISMISSED without prejudice** and is **STRICKEN** from the active docket of the court. Plaintiff may refile his claims in a new and separate action at the time he can pay the $350 filing fee or file the necessary documents to proceed in forma pauperis.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This  10th  day of January, 2012.

                              /s/ Jackson L. Kiser
                              Senior United States District Judge