CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for RM

JAN 10 2012

JULIA C. DUDLEY, CLERK
BY: /s/ HMcDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRISTOPHER C. MOORE,<br>Plaintiff, | Civil Action No. 7:11-cv-00437 |
| v. | **ORDER** |
| OFFICER SMITH, et al.,<br>Defendants. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the action is **DISMISSED without prejudice** and is **STRICKEN** from the active docket of the court. Plaintiff may refile his claims in a new and separate action at the time he can pay the $350 filing fee or file the necessary documents to proceed in forma pauperis.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 10th day of January, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge